[No. 24125-4-III.   Division Three.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH IGNACIO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00358-1, Cameron Mitchell, J., entered April 29, 2005. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.

[No. 23753-2-III.   Division Three.   July 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DENIS F. EKKERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01351-9, Tari S. Eitzen, J., entered January 6, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 23821-1-III.   Division Three.   July 20, 2006.]

*In the Matter of the Marriage of* MARINA MICHELLE ODEGARD, *Respondent*, and JAMES FRANKLIN BEHLA, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 03-3-00386-5, John E. Bridges, J., entered January 18, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 23944-6-III.   Division Three.   July 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. KYNASTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01530-1, Vic L. VanderSchoor, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Kato, JJ.